NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CM05-453

BLAINE STROTHER
VERSUS
CONTINENTAL CASUALTY INSURANCE
COMPANY, ET AL.

************

APPEAL FROM THE
33RD JUDICIAL DISTRICT,
PARISH OF ALLEN, NO. 2002-004,
HONORABLE PATRICIA A. COLE, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Oswald A. Decuir, Michael G. Sullivan, and James T. Genovese Judges.

MOTION DENIED.

Aaron J. Allen
Allen Law Office
224 St. Landry Street, Suite 3F
Post Office Box 3204
Lafayette, Louisiana 70502
COUNSEL FOR PLAINTIFF-APPELLANT,
    Blain Strother

Bruce D. Beach
Oats & Hudson
100 E. Vermilion Street
Gordon Square, Suite 400
Lafayette, Louisiana 70501
**COUNSEL FOR DEFENDANTS-APPELLEES,**
Continental Casualty Insurance Company,
Southern Food Groups, L.P. d/b/a Foremost Dairy,
Dean Foods Products Company, and
Freddie Lynn Fair